```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                          PLAINTIFF

v.                       CASE NO. 07CR20012

KENNETH R. MITCHELL                               DEFENDANT

## O R D E R

Before the Court is the Government's Motion to Dismiss the Indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure (Doc. 42). The parties are in agreement that the indictment should be dismissed and expressed their positions to the Court at a hearing on this date. The Court, being well and sufficiently advised, finds that the Government's Motion should be GRANTED. Accordingly, the Indictment (Doc. 1) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 7th day of March, 2008.

*/s/ Robert T. Dawson*
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**